1

2

3

4

5

6                    **UNITED STATES DISTRICT COURT**
                          **DISTRICT OF NEVADA**
7

8                                                    Case #2:16-CV-00594-JAD-NJK
   JULIANA MARTINEZ; MOISES
9  TOLEDO

                                                     **VERIFIED PETITION FOR**
10          Plaintiff(s),                            **PERMISSION TO PRACTICE**
                                                     **IN THIS CASE ONLY BY**
11          vs.                                      **ATTORNEY NOT ADMITTED**
                                                     **TO THE BAR OF THIS COURT**
12 PACIFIC GAS AND ELECTRIC                          **AND DESIGNATION OF**
   COMANY, et al.                                    **LOCAL COUNSEL**
13

14          Defendant(s).

                                                     FILING FEE IS $250.00
15

16 _____James Mink_____, Petitioner, respectfully represents to the Court:
              (name of petitioner)
17

18     1.    That Petitioner is an attorney at law and a member of the law firm of

                              Sedgwick LLP
19     _____
                                (firm name)
20 with offices at _____333 Bush Street. 30th Floor_____,
                                     (street address)
21
   _____San Francisco_____, _____California_____, ___94104___,
22             (city)                      (state)                (zip code)

23      ___415-781-7900___, ___james.mink@sedgwicklaw.com___.
       (area code + telephone number)          (Email address)
24

25     2.    That Petitioner has been retained personally or as a member of the law firm by

   PACIFIC GAS AND ELECTRIC COMPANY  to provide legal representation in connection with
26                [client(s)]

27 the above-entitled case now pending before this Court.

28
                                                                    Rev. 1/15

3.      That since _____May 29, 2002_____, Petitioner has been and presently is a
                                    (date)
member in good standing of the bar of the highest Court of the State of _____California_____
                                                                                    (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or
from the clerk of the supreme court or highest admitting court of each state, territory, or insular
possession of the United States in which the applicant has been admitted to practice law certifying
the applicant's membership therein is in good standing.

4.      That Petitioner was admitted to practice before the following United States District
Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts
of other States on the dates indicated for each, and that Petitioner is presently a member in good
standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| USDC, Northern District of California | 3/29/2005 | 219267 |
| USDC, Eastern District of California | 12/19/2008 | 219267 |
| USDC, Central District of California | 2/10/2012 | 219267 |
| USDC, Southern District of California | 3/29/2016 | 219267 |
| | | |
| | | |
| | | |

5.      That there are or have been no disciplinary proceedings instituted against petitioner,
nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory
or administrative body, or any resignation or termination in order to avoid disciplinary or
disbarment proceedings, except as described in detail below:

NONE

2

Rev. 1/15

6.      That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

NONE

7.      That Petitioner is a member of good standing in the following Bar Associations.

California State Bar
Bar Association of San Francisco

8.      Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:  (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| SEE ATTACHMENT | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.      Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 1/15

1    That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2    FOR THE PURPOSES OF THIS CASE ONLY.

3

4                                                                  _____
                                                                   Petitioner's signature
5    STATE OF _____California_____ )
                                     )
6    COUNTY OF ____San Francisco____ )

7    _____James Mink_____, Petitioner, being first duly sworn, deposes and says:

8    That the foregoing statements are true.

9                                                                  _____
                                                                   Petitioner's signature
10   Subscribed and sworn to before me this

11

12   _1st_ day of _April_____, _2016_.

13   _Lynn M. Curry_____
            Notary Public or Clerk of Court

14

> LYNN M. CURRY
> Commission # 2049480
> Notary Public - California
> San Francisco County
> My Comm. Expires Dec 16, 2017

15

16           **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
             **THE BAR OF THIS COURT AND CONSENT THERETO.**

17       Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

18   believes it to be in the best interests of the client(s) to designate ___Michael E. Stoberski___,
                                                                              (name of local counsel)
19   Attorney at Law, member of the State of Nevada and previously admitted to practice before the

20   above-entitled Court as associate resident counsel in this action.  The address and email address of

21   said designated Nevada counsel is:

22

23   ____Olson, Cannon, Gormley Angulo & Stoberski, 9950 W. Cheyenne Ave.____,
                                    (street address)
24   ____Las Vegas____, ____Nevada____, __89129__,
            (city)              (state)        (zip code)
25

26   ___702-384-4012___, ___mstoberski@ocgas.com___.
     (area code + telephone number)      (Email address)
27

28                                        4                              Rev. 1/15

1 | By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

2 | agreement and authorization for the designated resident admitted counsel to sign stipulations

3 | binding on all of us.

4

5 | **APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

6

7 | The undersigned party(ies) appoint(s) _____Michael E. Stoberski_____ as

8 | his/her/their Designated Resident Nevada Counsel in this case.
(name of local counsel)

9

10 | _____
(party's signature)

11

12 | Stephen L. Schirle, PG&E, Managing Counsel
(type or print party name, title)

13

14 | _____
(party's signature)

15

16 | _____
(type or print party name, title)

17 | **CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

18

19

20 | _____
Designated Resident Nevada Counsel's signature

21 | 4762                              mstoberski@ocgas.com
Bar number                    Email address

22

23

APPROVED:

24

Dated:  April 15, 2016.

25

26

UNITED STATES DISTRICT JUDGE

27

28 | 5                                                                Rev. 1/15

## ATTACHMENT TO
## VERIFIED PETITION FOR PERMISSION TO PRACTICE

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Application Granted or Denied |
|---|---|---|---|
| 3/25/16 | *Robert Richards, et al. v. Pacific Gas and Electric Co., et al.* | US District Court, District of Nevada Case No. 2:12-cv-00522-MDD-CWH | Pending |
| 4/1/16 | *Martin Garza, et al. v. Pacific Gas and Electric Co., et al.* | US District Court, District of Nevada Case No. 2:16-cv-00595-JAD-GWF | Pending |

Please note that these cases are related.

# THE STATE BAR OF CALIFORNIA

**MEMBER RECORDS & COMPLIANCE**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1617                    TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

March 29, 2016

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JAMES LANDON MINK, #219267 was admitted to the practice of law in this state by the Supreme Court of California on May 29, 2002; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*Louise Turner*

Louise Turner
Custodian of Membership Records